**ORIGINAL**

Dunston v. Brooklyn Blend LLC
and
Yasmin Santarita

Civil Action No. 18-cv-2856
Date Filed: 05/14/2018

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 06 2018 ★

BROOKLYN OFFICE

**RECEIVED**
JUN 06 2018
PRO SE OFFICE

Assigned to: Chief Judge Dora-Lizette Irizarry
Referred to: Magistrate Judge Peggy Kuo

Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other

June 6, 2018

Dear Judge Irizarry,

We, Brooklyn Blend LLC, are writing to advise that while we have knowledge of this action, we have not been properly served.

We are therefore at a loss regarding the date by which we must answer.

Additionally, we have not yet been able to retain counsel, and may need to begin this action, pro se. The recipient of the summons is our former attorney, representing us in the establishment of the LLC. He advises that he will not be able to represent us in this matter.

We are uncertain as to whether a request for an extension is necessary at this time, or if we should still expect proper service.

We are therefore asking that the court advise next steps.

We appreciate the court's time and consideration.

Very truly yours,

/s/

Keishon Warrren, Partner                                                                 Dated
Brooklyn Blend LLC
194 Tompkins Avenue
Brooklyn, NY 11206

cc  Maria Constanza Barducci