**Job #:** 22508

UNITED STATES DISTRICT
EASTERN DISTRICT OF NEW YORK
Attorneys: Company: Barducci Law Firm Pllc PH: (212) 433-2554
Address: 5 West 19th Street, 10th Floor New York, NY 10011

Natosha Dunston

Plaintiff

v.

Brooklyn Blend LLC and Yasmin Santarita

Defendants

**Civil Number:** 18 Civ. 2856

**Date Filed:**
**Client's File No.:**
**Court/Return Date:**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **May 23, 2018**, at **1:38 PM** at **765 Dekalb Avenue, Apt. 2C, Brooklyn, NY 11216**, Deponent served the within **Summons and Complaint**

On: **Yasmin Santarita**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be  thereof.

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Female     Color of skin: Hispanic     Color of hair: Black    Age: 45 - 55 Yrs.
Height: 5 ft 5 in - 5 ft 8 in     Weight: 131-160 Lbs.     Other Features:

☒ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on May 23, 2018

_____
Maureen I. Mintzer
NOTARY PUBLIC - STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 2018

Reginald Hunter
1346142

**LEGALEASE** INC.

708 Third Avenue, New York, NY 10017
212-393-9070 www.legaleaseinc.com