MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**June 14, 2018**

**VIA ECF**
The Hon. Peggy Kuo
United States Magistrate Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Natosha Dunston v. Brooklyn Blend LLC and Yasmin SantaRita.*
              *Civil Action No.: 1:18-cv-2856-DLI-PK*

Dear Judge Peggy Kuo:

    I represent the Plaintiff Natosha Dunston in the above-referenced matter. I am writing to request an adjournment of the June 19, 2018 Initial Conference see Docket Entry 8. Unfortunately, I will be out of town on this date.

    This is the first request to adjourn the initial conference. I have not been able to contact the Defendants' as neither has retained counsel and Yasmin Santarita has not appeared in any manner. The letter sent to the Court by the Defendant's Brooklyn Blend on their own behalf did not contain an email or phone number see Docket Entry 5. If the within request for adjournment is not granted I request to appear via telephone.

    Thank you for your consideration.

              Respectfully Submitted,

              BARDUCCI LAW FIRM
              s/Maria Costanza Barducci, Esq.
              MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only