MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**September 12, 2018**

**VIA ECF**
The Hon. Peggy Kuo
United States Magistrate Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Natosha Dunston v. Brooklyn Blend LLC and Yasmin SantaRita.*
             *Civil Action No.: 1:18-cv-2856-DLI-PK*

Dear Judge Peggy Kuo:

     I represent the Plaintiff Natosha Dunston in the above-referenced matter. I am writing to request an adjournment of the September 14, 2018 Second Initial Conference see Docket Entry 14. Unfortunately, I have a conflict. Mr. Matthew Simon was scheduled to appear on the Plaintiff's behalf, but has unexpectedly been unable to file a notice of appearance with the CM/ECF system.

     This is the first request to adjourn the second initial conference. The counsel for Brooklyn Blend is not opposed to the within motion. I have not been able to contact the Defendants Yasmin Santarita. If the within request for adjournment is not granted I request to appear via telephone.

     Thank you for your consideration.

                                       Respectfully Submitted,

                                       BARDUCCI LAW FIRM
                                       <u>s/Maria Costanza Barducci, Esq.</u>
                                       MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only